Case 5:24-cv-00124   Document 13   Filed 01/22/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSEPH M.[1] § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:24-cv-124 |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY ADMINISTRATION § | |

**ORDER**

On August 22, 2025, the Court referred Plaintiff's Opening Brief, Defendant's Brief, and Plaintiff's Reply Brief (Dkt. Nos. 8, 9, 10) to United States Magistrate Judge Christopher dos Santos (Dkt. No. 11). In his report and recommendation, Judge dos Santos recommends that this case be **REVERSED** and **REMANDED** to the Social Security Administration for further proceedings (*see* Dkt. No. 12 at 29). Neither party filed objections to Judge dos Santos's report within the fourteen-day objection period.

Having reviewed the Report and finding no plain error, the Court hereby **ADOPTS** the Report (Dkt. No. 12) as the findings and conclusions of the Court. *CGI Logistics, LLC v. Fast Logistik*, No. 5:23-CV-43, 2023 WL 8313341, at *2 (S.D. Tex. Dec. 1, 2023) (Garcia Marmolejo, J.) (citing *United States v. Soto*, 734 F. App'x 258, 259 (5th Cir. 2018)); *see also Cao v. BSI Fin. Servs., Inc.*, 858 F. App'x 156, 158 (5th Cir. 2021). Accordingly, this case is hereby **REVERSED** and **REMANDED** to the Social Security Administration for further proceedings. The Court will enter final judgment under separate cover.

---

[1] Pursuant to the May 1, 2018 "Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions" issued by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court uses only Plaintiff's first name and last initial.

1

It is so **ORDERED**.

**SIGNED** January 22, 2026.

                                         Marina Garcia Marmolejo
                                         United States District Judge